IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALLSTATE INSURANCE COMPANY,    )
as subrogee of Amy and Todd    )
Carkoski,                      )
                               )
            Plaintiff,         )         8:08CV39
                               )
       v.                      )
                               )
HEWLETT-PACKARD COMPANY,       )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion for entry of stipulated protective order regarding confidential documents (Filing No. 22).  The Court will approve and adopt the stipulation.  Accordingly,

IT IS ORDERED that the stipulated protective order is approved and adopted.  The parties are bound by the terms and conditions of the stipulation until further notice.

DATED this 23rd day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court