IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLSTATE INSURANCE COMPANY, as
subrogee of Amy and Todd Carkoski,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

CASE NO. 8:08CV39

## DEFENDANT'S RULE 26(a)(2) DISCLOSURES

Defendant, Hewlett-Packard Company, through the undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, disclose the following:

### I. EXPERTS

A.    Doug McGrew, CFI
    Fire Cause Analysis
    4815 W. Savannah Lane
    Boise, Idaho 83703

All relevant documents responsive to this rule are attached and served herewith as follows:

    1.    Expert Report

    2.    Curriculum Vitae

    3.    Trial Testimony

B.    Gregory E. Gorbett
    Gorbett & Associates
    4024 Port Royal Drive
    Richmond, Kentucky 40475

All relevant documents responsive to this rule are attached and served herewith as follows:

    1.    Expert Report

    2.    Curriculum Vitae

    3.    Trial Testimony

C.    Donald Galler, M.S., P.E.
Massachusetts Institute of Technology
Room 4-133
77 Massachusetts Avenue
Cambridge, MA 02139

All relevant documents responsive to this rule are attached and served herewith as follows:

    1.    Expert Report

    2.    Curriculum Vitae

    3.    Trial Testimony

D.    Quinn C. Horn, Ph.D.
Exponent, Inc.
9 Strathmore Rd.
Natick, MA 01760

Per agreement of counsel, Dr. Horn's report, curriculum vitae, and trial testimony will be produced at a later date.

Defendant reserves the right to amend and/or supplement these disclosures as may be appropriate pursuant to the Federal Rules of Civil Procedure.

Dated this 17th day of June, 2010.

HEWLETT-PACKARD COMPANY, Defendant,

By: _____
Thomas E. Johnson (NE# 12089)
John A. Sharp (NE# 23111)
of   BAIRD HOLM LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
Phone: 402-344-0500
Fax: 402-344-0588
tjohnson@bairdholm.com
jsharp@bairdholm.com

and

Christopher G. Betke
Admitted *Pro Hac Vice*
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
Christopher Betke
cbetke@coughlinbetke.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent by regular United States mail, postage prepaid, this 17th day of June, 2010, to the following:

Anthony J. Morrone
Julie J. Noonan
Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, Ill 60606

_____

DOCS/980139.1