IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Amy and Todd Carkoski, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 8:8CV00039 |
| v. | ) ) | ORDER |
| HEWLETT-PACKARD COMPANY, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's unopposed motion to extend time to respond to plaintiff's motion to compel (Filing No. 39).

IT IS ORDERED that the motion is granted. Defendant shall file a response to plaintiff's motion to compel on or before July 2, 2010.

DATED this 28th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court