IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> as subrogee of Amy and Todd ) <br> Carkoski, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEWLETT-PACKARD COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | | 8:08CV39 <br><br><br><br><br><br><br> ORDER |

This matter is before the Court on the motion to withdraw (Filing No. 51) of John A. Sharp as counsel for defendant.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; John A. Sharp is deemed withdrawn as counsel for defendant.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court