# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Amy and Todd Carkoski | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 08 CV 39 |
| HEWLETT-PACKARD COMPANY | ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

It is stipulated by all parties, by and through their respective counsel, to entry of an order dismissing the above-entitled cause with prejudice and without costs.

                                                    ALLSTATE INSURANCE COMPANY
BY:   s/ Anthony J. Morrone

                                                    Anthony J. Morrone
                                                    Julie J. Noonan (NE# 20924)
                                                    COZEN O'CONNOR
                                                    333 W. Wacker Drive, Suite 1900
                                                    Chicago, Illinois 60606
                                                    Phone: 312-382-3100
                                                    Fax: 312-382-8910
                                                    Email: amorrone@cozen.com

                                                  HEWLETT-PACKARD COMPANY
BY:   s/Thomas E. Johnson

                                                  Tomas E. Johnson (NE#12089)
                                                  BAIRD HOLM LLP
                                                  1500 Woodmen Tower
                                                  Omaha, NE 68102-2068
                                                  Phone: 402-344-0500
                                                  Fax: 402-344-0588
                                                  Email: jsharp@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following attorneys of record:

John A. Sharp (NE# 23111)
Tomas E. Johnson (NE#12089)
BAIRD HOLM LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
Phone: 402-344-0500
Fax: 402-344-0588
Email: jsharp@bairdholm.com

                                                  s/ Anthony J. Morrone

CHICAGO\814038\1  195414.000