IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALLSTATE INSURANCE COMPANY,    )
as subrogee of Amy and Todd    )
Carkoski,                      )
                               )
            Plaintiff,         )        8:08CV39
                               )
       v.                      )
                               )
HEWLETT-PACKARD COMPANY,       )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 53). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice and without costs.

DATED this 30th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court